AO 440 (Rev. 10/93) Summons in a Civil Action

# In The United States District Court
# For The District Of Delaware

MICROSOFT CORPORATION,

                          Plaintiff,

                v.

ALCATEL-LUCENT,

                          Defendant.

**SUMMONS IN A CIVIL CASE**

C.A. No. 07- 𝟵𝟬

TO:    ALCATEL-LUCENT
       600 Mountain Avenue
       Murray Hill, NJ 07974

       c/o Delaware Secretary of State
       401 Federal Street, Suite 3
       Dover, DE 19901                    Pursuant to
                                          10 Del.C. §3104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

       Thomas L. Halkowski
       Fish & Richardson P.C.
       919 N. Market Street, Suite 1100
       P.O. Box 1114
       Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    FEB 1 0 2007

_____          _____
Clerk                                              Date


_____
(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *February 26, 2007* |
| NAME OF SERVER (*PRINT*) *Robert Bower* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *Secretary of State of Delaware KCARD at 401 Federal Street Dover DE 0901 Service Accepted by Melanie Kesler at 253 Pm*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *2/26/07*
_____
        Date

*Robert Bower*
_____
Signature of Server

*15 East North Street Dover DC 19901*
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.