IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>ALCATEL-LUCENT,<br><br>                Defendant. | C.A. No. 07- 90<br><br>**Demand for Jury Trial in Patent Infringement Case** |

### PLAINTIFF'S REQUEST TO THE CLERK TO PERFECT SERVICE

Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f), Microsoft Corporation, by their undersigned counsel, request that the Clerk of the Court perfect service by Federal Express on the following defendants at the address listed:

Alcatel-Lucent
54 rue la Boétie
Paris 75008, France

A completed Federal Express envelope is submitted herewith, along with a Summons, a copy of the Complaint and Patents identified.

FISH & RICHARDSON P.C.

By: _/s/ Thomas L. Halkowski_
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
PO Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

Attorneys for Plaintiff
Microsoft Corporation

Dated: February 28, 2007

80042435.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                  Plaintiff,<br><br>    v.<br><br>ALCATEL-LUCENT,<br><br>                  Defendant. | C.A. No. 07-90<br><br>**Demand for Jury Trial in Patent Infringement Case** |

### AFFIDAVIT OF THOMAS L. HALKOWSKI
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(2)(C)(ii)

STATE OF DELAWARE        )
                                           )    SS.
NEW CASTLE COUNTY     )

The undersigned, being duly sworn according to law, does hereby depose and say to the best of his knowledge and belief and based on his research of the law in these areas, that the country of France does not object to the sending of judicial documents by postal channels directly to persons in that country.

_____
Thomas L. Halkowski (#4099)

SWORN TO AND SUBSCRIBED before me this 28th day of February, 2007.

_____
Kim M. Kilby    Notary Public

My Commission Expires: 11/18/08

KIM M. KILBY
NOTARY PUBLIC
My commission expires:

80042436.doc