OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 1, 2007

Alcatel-Lucent
54 rue la Boetie
Paris 75008, France

RE: **Microsoft Corporation, v. Alcatel-Lucent.**
Civ. No. 07-90 UNA

To Whom it May Concern:

Enclosed please find a copy of the Complaint, a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction, and a summons issued to Alcatel-Lucent, in the above styled case.

This service is being made pursuant to Rule 4(f)(2)(C)(ii), of the Federal Rules of Civil Procedure.

Please note that you have (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899

Very truly yours,

Ronald Golden
Deputy Clerk

Encls.

cc: Thomas L. Halkowski
    Fish & Richardson P.C.
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899