# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

March 21, 2007

The Honorable Sue L. Robinson     *VIA E-FILING*
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Microsoft Corporation v. Alcatel-Lucent*
C.A. No. 07-090 (SLR)

Dear Chief Judge Robinson:

Defendant's motion for an extension of time until April 20, 2007 to respond to the Complaint (D.I. 10) is ready for decision. If Your Honor has any questions or would like to discuss the motion, counsel will be available at the Court's convenience.

Respectfully,

*/s/ Jack Blumenfeld*

Jack B. Blumenfeld (I.D. No. 1014)

JBB/dlb
cc: Clerk of Court (Via Hand Delivery)
    Thomas L. Halkowski, Esquire (Via Hand Delivery)
    Brian R. Nester, Esquire (Via E-Mail)
    Steven C. Cherny, Esquire (Via E-Mail)

769864.1