**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-090-SLR |
| | ) |
| ALCATEL-LUCENT, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

WHEREAS, plaintiff intends to file an Amended Complaint substituting Alcatel Business Systems for Alcatel-Lucent as the defendant, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that: (i) defendant need not respond to the original Complaint; (ii) Alcatel Business Systems shall respond to the Amended Complaint within ten days after the filing of the Amended Complaint; and (iii) service of a copy of the Amended Complaint upon Attorneys for Defendant shall be accepted as the required service of summons and complaint upon Alcatel Business Systems.

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Thomas L. Halkowski* | */s/ Jack B. Blumenfeld* |
| Thomas L. Halkowski (I.D. No. 4099) | Jack B. Blumenfeld (I.D. No. 1014) |
| 919 North Market Street, Suite 1100 | 1201 North Market Street |
| P.O. Box 1114 | P.O. Box 1347 |
| Wilmington, DE  19899-1114 | Wilmington, DE  19899 |
| (302) 652-5070 | (302) 658-9200 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of April, 2007

_____
    United States District Court Judge