IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-090 (SLR) |
| ) | |
| ALCATEL BUSINESS SYSTEMS and ) | |
| GENESYS TELECOMMUNICATIONS ) | |
| LABORATORIES, INC. ) | |
| ) | |
| Defendants. ) | |

### ALCATEL BUSINESS SYSTEMS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Alcatel Business Systems (now known as Alcatel-Lucent Enterprise) hereby states it is an indirect subsidiary of Alcatel Lucent.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Alcatel Business Systems*

*Of Counsel*:
Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago IL 60606
(312) 876-7700

Date:  June 13, 2007

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 13, 2007 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

> Thomas L. Halkowski, Esquire
> Fish & Richardson

I also certify that copies were caused to be served on June 13, 2007 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL and HAND DELIVERY**
>
> Thomas L. Halkowski, Esquire
> Fish & Richardson P.C.
> 919 N. Market Street
> Suite 1100
> Wilmington, DE 19801
>
> **BY ELECTRONIC MAIL and FIRST CLASS MAIL**
>
> Brian R. Nester, Esquire
> Jeffrey R. Whieldon, Esquire
> Rama G. Elluru, Esquire
> William E. Sekyi, Esquire
> Fish & Richardson P.C.
> 1425 K. Street, N.W.
> 11th Floor
> Washington, DC 20005

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com