AO 440 (Rev. 10/93) Summons in a Civil Action

# In The United States District Court
# For The District Of Delaware

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALCATEL BUSINESS SYSTEMS and GENESYS TELECOMMUNICATIONS LABORATORIES, INC.<br><br>　　　　　Defendants. | SUMMONS IN A CIVIL CASE<br><br>C.A. No. 07-90-SLR |

TO:　　GENESYS TELECOMMUNICATIONS LABORATORIES, INC.
　　　　c/o Delaware Secretary of State
　　　　401 Federal Street, Suite 3　　　　Pursuant to
　　　　Dover, DE 19901　　　　　　　　　10 Del.C. §3104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
　　　　Thomas L. Halkowski
　　　　Fish & Richardson P.C.
　　　　919 N. Market Street, Suite 1100
　　　　P.O. Box 1114
　　　　Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO　　　　　　　　　　　　　　7/3/07
_____　　　　　_____
Clerk　　　　　　　　　　　　　　　　　　　　Date

_[signature]_
_____
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: July 3, 2007 |
| NAME OF SERVER (PRINT) Shelly Miles | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☑ Other (specify): Served upon Genesys Telecommunications Laboratories Inc. by serving the Secretary of State, Delaware, located at 401 Federal Street Dover DE 19901. Service was accepted by Melanie Keeler at 3:53 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL: | SERVICES: | TOTAL: |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 7/3/07
Date

Signature of Server: Shelly Miles

Address of Server: 15 E North Street Dover DE 19901

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.