# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Thomas L. Halkowski**
302 778-8407

Email
halkowski@fr.com

July 16, 2007

**VIA ECF**
The Honorable Sue L. Robinson
United States District Court
  For the District of Delaware
844 King Street
Wilmington, DE 19801

Dear Judge Robinson:

Re:   Microsoft v. Alcatel-Lucent (ITC) (DE)
      USDC-D. Del. –  C.A. No. 07-90-SLR

Dear Judge Robinson:

The parties, having met and conferred, respectfully submit the enclosed proposed schedule for this matter in preparation for our teleconference with the Court at 8:30 a.m., July 17, 2007.  Plaintiff has advised Defendants that the proposed trial date of September 2008 is subject to Plaintiff's review of the two patents that were first asserted by Defendants last Friday, July 13, 2007.

Respectfully,

/s/ *Thomas L. Halkowski*

Thomas L. Halkowski

TLH/sb

cc    Clerk of Court
      Jack B. Blumenfeld, Esq. (via ECF )

80046896.doc