IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>ALCATEL BUSINESS SYSTEMS and<br>GENESYS TELECOMMUNICATIONS<br>LABORATORIES, INC.,<br><br>        Defendants. | C.A. No. 07-90-SLR |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **John E. Gartman** and **Linda Liu Kordziel**, to represent plaintiff Microsoft Corporation in this matter.

Dated: August 6, 2007        FISH & RICHARDSON P.C.

        By: /s/ *Thomas L. Halkowski*
            Thomas L. Halkowski (#4099)
            919 N. Market Street, Suite 1100
            P.O. Box 1114
            Wilmington, DE 19899-1114
            Tel: (302) 652-5070
            Fax: (302) 652-0607

*Attorneys for Plaintiff Microsoft Corporation*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2007        _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: 7/17, 2007         Signed: /s/ John E. Gartman
                                  John E. Gartman
                                  (CA Bar No. 152300)
                                  FISH & RICHARDSON P.C.
                                  12390 El Camino Real
                                  San Diego, CA 92130
                                  Telephone: 858-678-5070
                                  Facsimile: 858-678-5099
                                  Email: gartman@fr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: 7/30 , 2007          Signed: /s/ Linda Kordziel
                                   Linda Liu Kordziel
                                   (DC Bar # 446386)
                                   FISH & RICHARDSON P.C.
                                   1425 K Street, N.W., 11th floor
                                   Washington, D.C. 20005
                                   Telephone: 202-783-5070
                                   Facsimile: 202-783-2331
                                   Email: kordziel@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2007, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Jack B. Blumenfeld<br>Maryelle Noreika<br>Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Centre<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | *Attorneys for Defendants*<br>*Alcatel Business Systems and*<br>*Genesys Telecommunications*<br>*Laboratories, Inc.* |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80046947.doc