IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-090 (SLR) |
| | ) | |
| ALCATEL BUSINESS SYSTEMS and | ) | |
| GENESYS TELECOMMUNICATIONS | ) | |
| LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Defendant Genesys' First Set of Interrogatories to Plaintiff Microsoft Corporation (Nos. 1-9); (2) Defendant Genesys' First Set of Requests for the Production of Documents and Things (Nos. 1-139); (3) Defendant Alcatel Business Systems' First Set of Interrogatories to Plaintiff Microsoft Corporation (Nos. 1-8); and (4) Defendant Alcatel Business Systems' First Set of Requests for the Production of Documents and Things (Nos. 1-90) were caused to be served on August 6, 2007 upon the following in the manner indicated:

**BY HAND**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY E-MAIL**

Brian R. Nester, Esquire
Jeffrey R. Whieldon, Esquire
Rama G. Elluru, Esquire
William E. Sekyi, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

---

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Alcatel Business Systems and Genesys Telecommunications*

*Of Counsel:*

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David A. Nelson
Sasha D. Mayergoyz
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

David M. Farnum
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004
(202) 637-2200

August 6, 2007
1157631.1

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
Fish & Richardson

I also certify that copies were caused to be served on August 6, 2007 upon the following in the manner indicated:

**BY HAND**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY E-MAIL**

Brian R. Nester, Esquire
Jeffrey R. Whieldon, Esquire
Rama G. Elluru, Esquire
William E. Sekyi, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
mnoreika@mnat.com