IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-090 (SLR) |
| ) | |
| ALCATEL BUSINESS SYSTEMS and ) | |
| GENESYS TELECOMMUNICATIONS ) | |
| LABORATORIES, INC., ) | |
| ) | |
| Defendants. ) | |

**ALCATEL BUSINESS SYSTEMS' MOTION TO DISQUALIFY COUNSEL,
FOR EXCLUSION OF EVIDENCE AND FOR OTHER SANCTIONS**

Defendant Alcatel Business Systems ("Alcatel") hereby moves for an Order disqualifying Fish & Richardson P.C. ("F&R") from representing plaintiff Microsoft Corporation ("Microsoft") in this action; excluding Microsoft's expert Jack Chang; ordering production by F&R and Microsoft of documents and information related to certain improper conduct, as well as further discovery into the issue; and monetary sanctions, including the costs of bringing this motion and attorneys' fees.

The grounds for this motion are set forth in Alcatel's Opening Brief and Declarations, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants
  Alcatel Business Systems and
  Genesys Telecommunications Laboratories, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago IL 60606
(312) 876-7700

August 31, 2007

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff, and that no agreement was reached.

                                        */s/ Jack B. Blumenfeld (#1014)*
                                        Jack B. Blumenfeld (#1014)

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on August 31, 2007 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on August 31, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

Brian R. Nester, Esquire
Jeffrey R. Whieldon, Esquire
Rama G. Elluru, Esquire
William E. Sekyi, Esquire
Linda Liu Kordziel, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, N.W.
11th Floor
Washington, DC 20005

John E. Gartman, Esquire
FISH & RICHARDSON P.C.
12390 EL Camino Real
San Diego, CA  92130

> */s/ Jack B. Blumenfeld (#1014)*
> Jack B. Blumenfeld (#1014)
> jblumenfeld@mnat.com