IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-090 (SLR) |
| | ) | |
| ALCATEL BUSINESS SYSTEMS and | ) | **REDACTED VERSION** |
| GENESYS TELECOMMUNICATIONS | ) | |
| LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ARNOLD INTAL

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Defendants*
  *Alcatel Business Systems and*
  *Genesys Telecommunications Laboratories, Inc.*

*Of Counsel*:
Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago IL 60606
(312) 876-7700

Original Filing Date: August 31, 2007
Redacted Filing Date: September 10, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| *Plaintiff/Counterclaim Defendant,* | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-90-SLR |
| | ) | |
| | ) | |
| ALCATEL BUSINESS SYSTEMS | ) | |
| and | ) | |
| GENESYS TELECOMMUNICATIONS | ) | |
| LABORATORIES, INC., | ) | |
| | ) | |
| *Defendants/Counterclaim Plaintiffs.* | ) | |

## DECLARATION OF ARNOLD INTAL

I, Arnold Intal, declare:

1.   I am currently the Manager for Alcatel-Lucent ("ALU") Regional Support Center ("RSC") Voice Professional Services. Our Group provides support to our Business Partners on Enterprise product installations, including applications like OmniTouch Unified Messaging and My Teamwork.

2.   My remote office address is 27347 Snowfield St. Murieta, CA 92563.

3.   On June 13, 2007, I was contacted by Steve Roos, an ALU Sales Director in the NY region, concerning the sale and installation of an OmniTouch Unified Messaging system ("OTUC") and the MyTeamwork application for a company called Miercom. Mr. Roos explained that the sale was through one of ALU's business partners, Alliance Telecommunications ("Alliance"). Alliance needed help to implement the OTUC and MyTeamwork applications.

4.    I contacted Dan McGirr and Rich Knapp of Alliance on June 13, 2007 (using contact information provided by Steve Roos), and we discussed that Miercom wanted to use the OmniTouch Unified Communication software suite ("OTUC" and MyTeamwork) with an Alcatel-Lucent OmniPCX Enterprise ("OXE") PBX. (See, e.g., Ex. A.)

5.    On June 18, 2007, we (the ALU RSC Voice Pro-Services Team) provided a quote for installation/implementation. Mr. Knapp believed that this was a pilot installation and that Alliance would win more installations if this project went well. Mr. Knapp also promised that he would use Pro-Services again for the other installations.

6.    I therefore contacted and scheduled Po Ching Lin, a senior Alcatel Professional Services Engineer who has extensive experience with both OTUC and OXE to assist Alliance with the installation. I am Mr. Lin's immediate supervisor. Mr. Lin is one of ALU's RSC Pro-Services employees who is qualified to install, configure and train customers on the operation of the OTUC and MyTeamwork applications at a customer site.

7.    I understood that the installation was going to be at a site in Washington D.C on June 26, 2007 – June 29, 2007, as requested by the customer (known to me as Miercom).

8.    On or before June 28, 2007, I was informed that the real customer was a company called Fish & Richardson. I had received an implementation update via e-mail from PoChing Lin titled "Fish & Richardson : Otuc and MTW installation update". (Ex. B.)

9.    On June 29, 2007, Mr. Knapp emailed me and stated that the customer, Fish & Richardson, complained that they did not get any admin or end-user training, that Fish & Richardson wanted Mr. Lin to come back to the site, and that Fish & Richardson was

2

bringing in 29 office managers from all over the country to observe and use the ALU

System the following Saturday.   (Ex. C.)  After receiving Mr. Knapp's email, I agreed to

send Mr. Lin back to Fish & Richardson, as requested by Fish & Richardson.  Mr. Lin

went back on July 2 to 3, 2007 to deliver admin and end-user training.

10.  On or about July 5, 2007, I received an email from Mr. Lin stating his belief that

Fish & Richardson did not intend to install an Alcatel Unified Messaging system in its

offices, but that Fish & Richardson was actually a law firm involved in patent litigation.

(Ex. D.)

11.  After receiving Mr. Lin's July 5, 2007 email, I emailed Mr. Knapp on that same

day and asked him to call me.  (Ex. E.)  Mr. Knapp and I talked on around July 6 and he

told me that he was going to investigate the situation.

12.  I followed up again with Mr. Knapp via email on July 10, 2007.   (Ex. F.)  Mr.

Knapp responded to my email and assured me that the installation was a "real install" and

further that "the lady in charge" wants to know how much it would cost to have Po Ching

go back to Fish & Richardson to perform additional training.  (Ex. G.)

13.  At no time during the installation or configuration of the OTUC and

MyTeamwork applications by Mr. Lin was I aware that Fish & Richardson was

representing Microsoft in a lawsuit against any Alcatel-Lucent entity.

14.  I declare under the penalty of perjury that the foregoing is true and correct.



Dated August 22, 2007

Arnold Intal

3

# EXHIBIT A

REDACTED

# EXHIBIT B

# REDACTED

# EXHIBIT C

# REDACTED

EXHIBIT D

REDACTED

# EXHIBIT E

REDACTED

# EXHIBIT F

REDACTED

EXHIBIT G

REDACTED

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on September 10, 2007 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

> Thomas L. Halkowski, Esquire
> FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on September 10, 2007 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Thomas L. Halkowski, Esquire
> FISH & RICHARDSON P.C.
> 919 N. Market Street
> Suite 1100
> Wilmington, DE 19801
>
> **BY ELECTRONIC MAIL**
>
> Brian R. Nester, Esquire
> Jeffrey R. Whieldon, Esquire
> Rama G. Elluru, Esquire
> William E. Sekyi, Esquire
> Linda Liu Kordziel, Esquire
> FISH & RICHARDSON P.C.
> 1425 K. Street, N.W.
> 11th Floor
> Washington, DC 20005
>
> John E. Gartman, Esquire
> FISH & RICHARDSON P.C.
> 12390 EL Camino Real
> San Diego, CA 92130

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
mnoreika@mnat.com