IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                  Plaintiff,<br><br>        v.<br><br>ALCATEL BUSINESS SYSTEMS and<br>GENESYS TELECOMMUNICATIONS<br>LABORATORIES, INC.,<br><br>                  Defendants. | C.A. No. 07-90-SLR |

**DECLARATION OF THOMAS L. HALKOWSKI
IN SUPPORT OF PLAINTIFF MICROSOFT CORPORATION'S
OPPOSITION TO DEFENDANT ALCATEL BUSINESS SYSTEMS' MOTION TO
<u>DISQUALIFY FISH & RICHARDSON P.C., AND FOR OTHER SANCTIONS</u>**

I, Thomas L. Halkowski, declare as follows:

1.     I am a Principal of Fish & Richardson P.C., counsel of record in this action for Microsoft Corporation. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.     Attached hereto as Exhibit 1 is a true and correct copy of Complainant Microsoft Corporation's First Set of Requests for the Production of Documents and Things (Nos. 1-62) to Respondent Alcatel-Lucent dated March 26, 2007;

3.     Attached hereto as Exhibit 2 is a true and correct copy of a letter from David A. Nelson to Joseph V. Colaianni dated April 13, 2007;

4.     Attached hereto as Exhibit 3 is a true and correct copy of Respondent's Objections and Responses to Complainant Microsoft Corporation's First Set of Requests for Production of Documents and Things (Nos. 1-62) dated April 23, 2007;

2

     5.     Attached hereto as Exhibit 4 is a true and correct copy of a letter from Alliance to Miercom dated April 20, 2007;

     6.     Attached hereto as Exhibit 5 is a true and correct copy of a picture of a sign;

     7.     Attached hereto as Exhibit 6 is a true and correct copy of Rama G. Elluru's business card;

     8.     Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Rama G. Elluru;

     9.     Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Joshua Pond;

     10.     Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Ahmed J. Davis;

     11.     Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Professor Bruce A. Green; and

     12.     Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of W. William Hodes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2007               /s/  *Thomas L. Halkowski*
                                                Thomas L. Halkowski

80049192.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2007, I electronically filed the attached **DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF PLAINTIFF MICROSOFT CORPORATION'S OPPOSITION TO DEFENDANT ALCATEL BUSINESS SYSTEMS' MOTION TO DISQUALIFY FISH & RICHARDSON P.C., AND FOR OTHER SANCTIONS** with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Jack B. Blumenfeld  
Maryellen Noreika  
Morris, Nichols, Arsht & Tunnell LLP  
Chase Manhattan Centre  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899-1347  

*Attorneys for Defendants*  
*Alcatel Business Systems and*  
*Genesys Telecommunications*  
*Laboratories, Inc.*

I also certify that the document was served on the following via electronic mail:

Steven C. Cherny  
Latham & Watkins LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022-4834  

*Attorneys for Defendants*  
*Alcatel Business Systems and*  
*Genesys Telecommunications*  
*Laboratories, Inc.*

David A. Nelson  
Latham & Watkins LLP  
233 South Wacker Drive, Suite 5800  
Chicago, IL 60606  

/s/ Thomas L. Halkowski  
Thomas L. Halkowski