# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

September 28, 2007

The Honorable Sue L. Robinson                        *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE  19801

Re:  *Microsoft Corporation v. Alcatel Business Systems, et al.*
     C.A. No. 07-090 (SLR)

Dear Judge Robinson:

Briefing has now been completed on Alcatel Business Systems' ("Alcatel") Motion to Disqualify Counsel, For Exclusion of Evidence and for Other Sanctions (D.I. 30). Pursuant to D. Del. L.R. 7.1.4, Alcatel requests oral argument on that motion.

Respectfully,

Jack B. Blumenfeld (#1014)

JBB/dlb
cc:   Clerk of Court (Via Hand Delivery)
      Thomas L. Halkowski, Esquire (Via Hand Delivery)
      Brian R. Nester, Esquire (Via Electronic Mail)
      Steven C. Cherny, Esquire (Via Electronic Mail)

1247595.1