**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORP., | |
| Plaintiff, | |
| v. | C.A. No. 07-090-SLR |
| ALCATEL BUSINESS SYSTEMS and GENESYS TELECOMMUNICATIONS LABORATORIES, INC., | |
| Defendants. | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that copies of **MICROSOFT'S OBJECTIONS AND RESPONSES TO ABS'S NOTICE OF RULE 30(b)(6) DEPOSITION OF MICROSOFT CORPORATION and MICROSOFT'S OBJECTIONS AND RESPONSES TO ABS'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 91-103)** were caused to be served on October 4, 2007 upon the following in the manner indicated.

**BY ELECTRONIC MAIL and HAND DELIVERY**
Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com

**BY ELECTRONIC MAIL**
Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
steven.cherny@lw.com

David A. Nelson
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
david.nelson@lw.com

Dated:  October 5, 2007

**MICROSOFT CORPORATION**

By its attorneys,

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607
E-Mail: halkowski@fr.com

John E. Gartman
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
E-Mail:  gartman@fr.com

Linda Liu Kordziel
Indranil Mukerji
Kori Anne Bagrowski
Fish & Richardson P.C.
1425 K Street N.W., Suite 1100
Washington D.C. 20005
Tel:  (202) 783-5070
Fax: (202) 783-2331
E-Mail: kordziel@fr.com
E-Mail: mukerji@fr.com
E-Mail: bagrowski@fr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007 I electronically filed the attached **NOTICE OF SERVICE**, which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mnoreika@mnat.com

I also certify that copies were caused to be served on October 5, 2007 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mnoreika@mnat.com

> **BY ELECTRONIC MAIL**
> Steven C. Cherny
> LATHAM & WATKINS LLP
> 885 Third Avenue, Suite 1000
> New York, NY 10022
> steven.cherny@lw.com

> David A. Nelson
> LATHAM & WATKINS LLP
> Sears Tower, Suite 5800
> Chicago, IL 60606
> david.nelson@lw.com

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski
halkowski@fr.com