IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-090 SLR |
| | ) |
| ALCATEL BUSINESS SYSTEMS and | ) |
| GENESYS TELECOMMUNICATIONS | ) |
| LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF KELLIANN WHITLEY

I, Kelliann Whitley, RPA, declare:

1. I am Senior Property Manager, Blake Real Estate, Inc ("Blake").

2. My office address is 1425 K Street, NW, Washington, DC, 20005.

3. I have been employed by Blake continuously since July 2003. I have served as Senior Property Manager for Blake since January 2007.

4. A true and correct copy of certain pages (the "Records") from the lobby guest register (the "Register") for the building at 1425 K Street, NW, Washington, DC, 20005, BRE 000001 - BRE 000011, is attached as Exhibit A.

5. To the best of my knowledge, information and belief, these Records were prepared contemporaneously in the ordinary course of business and are maintained in the ordinary course of business, on the premises of 1425 K Street, by personnel employed by Blake and by Blake's agents, U.S. Security Associates, of 2815 Hartland Road, Falls Church, VA 22043-3548 and Classic Concierge, of 1015 15th Street, NW, Lower Level, Washington, DC 20005.

6. I am the duly authorized custodian of the Register for Blake.

7. The Register records the entry to 1425 K Street of individuals who are visitors to the building. At the time they seek admission to the premises, such visitors are required to present personal identification and to record the date, their name, the time of their entry to the building, the entity for which they work, the entity visited, and the purpose of their visit.

8. BRE 0000009 shows that on July 2, 2007, Po Ching Lin, of Alcatel-Lucent, signed in as a visitor to Fish and Richardson, a tenant of 1425 K Street, for the purpose of "Install," at 13:28.

9. I declare under the penalty of perjury that the foregoing is true and correct.

Dated October 5, 2007

_____
Kelliann Whitley

# Exhibit A

# VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF USA | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|------|--------------|------|---------------------|----------------|------------------------------|------------------|---------|----------|
| 6/26 | | ADSCOB | QT | | FIST | P/UP | 1:15 | |
| 6/26 | | Newt Harris | Dept. of Justice | | Easter seals | | 1:4 | |
| 6/26 | | Christie Ubbs | Easter Seals | ✓ | B.Bradley | | | |
| 6/26 | | Stephanie Oberle | +23 Brookside Garden | | Kelliann | Garden | 1:20pm | |
| " | | Lonnie Fadler | 220 Top Rogers | | 210 | Del. | 1:20 | |
| 6/26/07 | | Brenda Thompson | JFOP | | 700 | REPAIR | 1:45 | |
| 6/26 | | Lou McGrier | ATC | | Ash + Richards | Instron | 1:44 | |
| 06/26/07 | | Po C. Lin | Alcatel-Lucent | | Ash + Richards | Install | 1:40 | |
| 6/26/07 | | Anna Alvin | SIFMA Allies | | SIFMA | | | |
| | | Chris Bushmann | Action | | SIFMA | | | |
| 6/26 | | Adrina Eck | Widhalter JKSA | | Ste 350 | L5 | 906 | |
| | | Lisa Schulenk | WIA | | Easter Seals 200 | | | |
| | | Jim Bethea | Legal | | 725 STA Do) | Mtg | 2:30 | |
| | | Rich L. | | | Kelliann W. | Mtg | 2:45 | |
| | | Melissa B. | US Security | | Kelliann W. | Mtg | 2:45 | |
| | | M Iverton | Click | | Each | | 2:45 | |
| | | Tracy Nicaeton | SWS vid Ph | | F. Rossels | Mtg | 2:50 | |

BRE000001

## VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF U.S.A. | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 6/26 | | T Baylin | Legal Assets | | Rich Richardson | | 2:50 | |
| 6-26 | | Court | Zoo | | Owens | | 3:00 | |
| 6/26 | | Yosguin Berh | CUK | | Frish | | 4:30 | |
| | | S. 1240 N James | WCL | | " | | 9:30 | |
| | | A. Donley | Qunt DC | | Roche | | 9:30 | |
| 6/26 | | Maureen Casey | R Colle | | U#4 | | | |
| 6/26 | | B Washington | Foster Corp | | Security | | 9:00 | |
| 6/26 | | M Mehanta | F&R | | Joe Cosimi | Meeting | 5:10 | |
| 6/26 | | Robin | R/R | | " | Mtg | 5:10 | |
| | | Valerie Yordanov | W Eighth St | | 1100 | | 5:10 | |
| | | Schwartz | W 30 | | 700 | Dad | 5:25 | |
| | | Stefan Bryan | | | 8th Fl | | 5:30 | |
| | | C Millan | WGP | | 1100 | DSL | 5:25-30 | |
| | | Em Rac | OTY Store | | 8th | F/OP | 5:53 | |
| | | Trac Nicko Ksl | SW 12 | | Augusto | Augo | 6:13 | |
| | | C McJimmy | WGP | | 1100 | P/U | 6:04 | |

BRE000002

**For POTOMAC EMPLOYEES/VISITORS ONLY**

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF USA | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 6/26 | 1 | Rosalina | Potomac | | | | 5:20 | 9:70 |
| | 2 | Eber Baizan | Potomac | | | | 5:21 | 10:30 |
| | 3 | Tofilo Cruz | Potomac | | | | 5:22 | 10:50 |
| | 4 | Criste w. C | Potomac | | | | 5:20 | 10 |
| | 5 | Karen Bucenilla | Potomac | | | | 5:30 | 10:30 |
| | 6 | Mauro Angelo Leiv | Potomac | | | | 5:30 | 10:30 |
| | 7 | Ana L. Picaba | Potomac | | | | 5:30 | 10:30 |
| | 8 | Paigua Lotrio Rg Cruz | C | | | | 5:50 | 10:30 |
| | 9 | Juacto Quinoc | Potomac | | | | 5:30 | 10:30 |
| | 10 | Rose Ego | Potomac | | | | 5:20 | 10:30 |
| | 11 | Ana Nancy | Potomac | | | | 5:20 | 10:30 |
| | 12 | Mont Autonio Gallus | Potomac | | | | 5:16 | 10:30 |
| | 13 | Matilde Celis | Potomac | 1ST | | | 6:00 | 10:30 |
| | | Aksh... Bread | | 2ND | | | 6:30 | |
| | | ...Ziobel | OUT | | | | 6:30 | |
| | | Esra/Otoms 6TH Consud/touts | | | | | 7:30 | |

BRE000003

**VISITOR REGISTER**

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF U.S.A. | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 6-27 | | Janet Enburgh | Eastern Conn | | 7M | Del | 7:45 | 7:50 |
| 6/28 | | Tom Strong | self | yes | Main St | meeting | 7:55 | |
| " | | Bolyna Davis | " | " | " | " | | |
| " | | Dan McNeill | ATC | 1 | Fish & Rich | Austin | 8:20 | |
| | | E Thorpe | Zaybal | | Del/Rich | RK | | |
| | | K Moreland | FPD | | Fish + Rich | | 8:36 | |
| | | M Roblas | FPS | | Fish + Rich | | 8:36 | |
| | | D Bennett | WEN | | 3M | Del | | |
| | | T Lee | Apple | | Bosch | | 3t | |
| 6/27 | | Po C. Lin | Alcatel-Lucent | | Fish & Johnson | Ins Talk | 8:45 | |
| | | Daniel Kent | Fisher Richardson | | T+R | meeting | 7:30 | |
| | | | UPS | yes | All | meeting | 7:55 | 9:40 AM |
| | | Marisa Maleck | The Federalist Society | yes | Don Simon | meeting | 9:40 AM | |
| | American Express | J. Moore | Fish & Richardson | | Chris Grater | OCA | 9:25 | |
| | | Matic | AFL CIO | | Pat Casey | | 9:45 | |
| | | Itemuyer | Quuust | | Rogers | Mbx | | |
| 6/27 | | Dana Pindell | FedEx | | | Del | 10:05 | |

BRE000004

# VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF USA | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 6-28 | | K. James | Kastle Systems | | 72nd Flr | Alarm | 2:30 | 3:35 |
| 6-28 | | Simon Schucker | | | 10-8-3 | Delivery | 7:00 | |
| 6-28 | | L. Oliver | Fedex | | Fish | Delivery | 0729 | |
| 6-28 | | [illegible] | Epstein Becker Counsel | | 7th | Del | 0729 | |
| 6-28 | | Tom Strous | Self | | | Del | 7075 | |
| 6-28 | | Barbara Davis | " | | Main & Financial | meet | 2:30 | |
| | | Carpenter | UHY | | " | " | | |
| | | Solomon | UHY | | | | | |
| | | Frankfurt | UHY | | | Mtg | | |
| 6/28 | | Dan Metron | ATC | | Fish & Richardson | Internet | :80 | |
| | | Po C. Lin | Alcatel Lucent | | Fish & Richardson | Install | 0:30 | |
| | | Joe Rogers | Joe Rogers | | UHY Advisors | Del | | |
| | | [illegible] | On Time | | [illegible] | DFC | 2:50 | |
| | | Jay Assad | URS | | [illegible] | | 4:35 | |
| | | Pieter de Jong | URS | | Kearns & West | Comm | 8:55 | |
| | | [illegible] | UHY | | 3rd | Del | | |

BRE000005

# VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF USA | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 6-28 | | — POTOMAC EMPLOYEES — | | | | | | |
| | (1) | Teofilo cruz | Potomac | | | | 5:14 | 6:45 |
| | (2) | Matilde Celi | Potomac | | | | 5:17 | 10:00 |
| | (3) | Bosclin | Potomac | | | | 5:20 | 9:25 |
| | (4) | Ebben Britza | Potomac | | | | 5:21 | 10:3 |
| | (5) | Maria Angela Lewis | Potomac | | | | 5:25 | 10:30 |
| | (6) | Ana L. Pineda | Potomac | | | | 6:25 | 10:30 |
| | (7) | Rosa Eva | Potomac | | | | 5:28 | 10:30 |
| | (8) | Amelino Puentes | Potomac | | | | 5:28 | 10:20 |
| | (9) | Karen Escamilla | Potomac | | | | 5:30 | 10:30 |
| | (10) | Cristela | Potomac | | | | 5:31 | 11:30 |
| | (11) | Maria Antonio Orellana | Potomac | | | | 5:25 | 10:30 |
| | (12) | Miguel Castro | Potomac | | | | 5:26 | 10:30 |
| | (13) | Gra Torres | Potomac | | | | 5:15 | 10:20 |
| | (14) | Brothers | VP | | | | 5:17 | 9:30 |

BRE000006

# VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF USA | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 6-29 | | Bill Penazar | Wyle Houston | Y | Paul Mueller | | 7:03 | 7:07 PM |
| | | Jacobyte | Easterd Bowl | | | | 750 | 754 |
| | | [illegible] | DEI | | 7PM | DEI | | |
| | | Po C. Lin | Alcatel-Lucent | | F&R | B&R | 8:00 | |
| | | Sam Dean | Oliver of | | Fish & Richardson | Trial | 8:24 | |
| | | Dan McGill | AR | | Jim | J5L | 8:35 | |
| | | M Gray | Guernsey | ✓ | F&R & Rich | Lawyer | 8:30 | |
| | | D. Bennett | Votes | | Ste 600 | DEL | 8:35 | |
| | | K. Flum | DTC | | 3M | DEL | 9:00 | |
| | | [illegible] | Wex | | 1100 | DTC | 9:00 | |
| | | [illegible] | Edybit | | 9:20 | DEL | 9:10 | |
| | | Scott | [illegible] | | | [illegible] | 9:25 | |
| | | Matti | R6 | | R&M | DEL | 9:00 | |
| | | [illegible] | DH | | B,G,L | DEL | 9:25 | |
| | | A. Honny | | | Center for Health Transportation | Interview | 9:52 | 10:27 |
| | | A Osborn | GeoWashington | | Satterfale St | | 0:50 | |
| | | C. Kitterman | " | | " | | 9:57 | |

BRE000007

## VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF U.S.A | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 7/2 | | Kluge+ | | ✓ | F&R | | | |
| 7/2 | | Alaman | PDX-Gn | | | | | |
| 7/2 | | Erica Nallon | 380 | | | | | |
| July 02 | | Royal??? Chadbourne | IRA SEC LLC | | THERESA RING | | 9:45 | |
| 7/2 | | R. Buled | DII | | Fish + Richerson | paperwork | 1650 | |
| 7/2 | | S. Bradshaw | Self | ✓ | T. Abrams | | 10:59 | |
| | | Ange | DH | | 11, 8, 10, 4 | DCl | 11:12 | |
| 7/2 | | D. Bridges | F&R | ✓ | F&R | | 11:22 | |
| 7/2 | | D. Rindell | FedEx | | 900-750 | | 10:15 | |
| 7/2 | | J. Robinson | Interwoven | ✓ | CATZEN / MC | Mthweek | 11:20 | |
| 7/2 | | Ryan Westenskow | Kearns & West | ✓ | | Work | | |
| 7/2 | | Peter Frank | mcm | | F&R | | 11:45 | |
| 7/2 | | CPT Saunders | 330 | | TRA | | 11:55 | |
| 7/2 | | M. CAMARA | AT | | Y Sonosky | P/U | 12:15 | 12:40 |
| 7/2 | | Nathan Ackerly | Sonosky | ✓ | Sosch | IVACK | 12:40 | |
| 7/2 | | M. Earl | Lothwell | ✓ | Mailroom Sans | visit | 12:15 | |
| 7/2 | | M. Dillon | Filter Freca | ✓ | Security Truck | service | 1:05 | 13:17 |

BRE000008

## VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF USA | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 7/2 | | Arias | Columbia catering | | Fish + Richardson | DL | 12:25 | |
| 7/2 | | Robin Jack | UPS | | | | | |
| 7/2 | | Leslie Hering | | | 350 | meeting | 12:25 | |
| 7-02 | | Sandra Dean | | | 350 | meeting | 12:25 | |
| 7/2 | | Aaron Wms | 66/WEST | y | | Afa | 12:22 | |
| | | Pamela Dee | | | | | | |
| | | [illegible] | C/C | | | | | |
| 7/2 | | C. Lin | Alcatel-Lucent | | Rob Richason | install | 13:28 | |
| 7-2 | | Keith Moore | IRA SECURITY | | 350 | interview | 13:30 | |
| | | [illegible] | | | F&R | P/U | 2:00 | |
| | | Donnys | W[illegible] | | F&R | W&R | 2:05 | |
| | | M Jackson | Ahmad | | Investment | [illegible] | | |
| | | M Amott | Roswell Figg | y | Mary Zoltrek | [illegible] | 2:30 | |
| | | K. Garner | " | y | M. Zoltrek | [illegible] | 2:31 | |
| | | G. Graham | Roswell Figg | y | M. Zoltrek | [illegible] | 2:30 | |
| | | Jeff Woodbridge | Quiles | | F&R | | 2:39 | |
| | | E Franks | | | | | | |

BRE000009

## VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF USA | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 7/2 | | M. Mills | W. Millar | | Rockwell | Del | 3:00 | |
| | | Dr. M.P. Byer | TBC | | Fish + Richard | Meet | 3:00 | 4:20 |
| | | S. Strother | UPS | | | P/U | | 3:20 |
| | | V. Bereth | | | 7th | Don | | |
| | | Mariela Fernandez | Plantation | | Rothwell | Rout | | |
| | | Matt Dave | Plantations | | Rothwell | Plants | | |
| | | | Payched | | Innoculine Marked | | | |
| | | Matthew Casey | Reliable | | U#1 | Rely | 4:15 | |
| | | 103005 | | | PYT | Otr | 4:30 | |
| | | C. Bashar | UPS | | 905 | P/U | 4:53 | |
| | | Smith Clay | W60 | | E R | PU | 4:57 | |
| 7/2/07 | | L. Brehall | DTI | | Fish | | | |
| 7/2 | | Harry | WCK | | Z | Del | 5/5 | |
| | | Atonal | WMX | | F&R | Del | 5/0 | |
| 7/2 | | B. Washington | Eastern Gmc | | Security | P/U | 5:20 | |
| | | Rudy Caetano | CCSI | | Geray | Clean | 6:30 | 7:30 |
| | | Samuel Osorio | CCSI | | Gray | Clean | 6:30 | 7:30 |

BRE000010

## VISITOR REGISTER

| DATE | BADGE NUMBER | NAME | COMPANY AND ADDRESS | CITIZEN OF USA | DEPARTMENT OR PERSON VISITED | PURPOSE OF VISIT | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| 7-03 | | M. Watters | We | | Ash | Dy | 7:11 | |
| | | Jamil Hyatu | Eastern Court | | 7M | DE.1 | 7:26:75 | |
| | | Ben Vivion | LAN Assoc | Y | Ridwell | Serve | 7:10 | |
| | | Sam Chen | OnTione | | | JEC | 6:22 | |
| 7-03 | | Bo C. Lin | Alcatel-Lucent | | Fish & Richason | Install | 8:35 | |
| | | Al Ben | WIEX | | 3M | Del | | |
| | | Steve Lugigual | Inserts | | 3M | Apoint | | |
| | | Michael Jackson | Pilkertrush | | Trust | | 10:05 | |
| | | Mohamed Bud | Rothwell | | Rothwell | side out | 9:30 | |
| | | Jysel Squitte | AB489 | | Mueller | msg | 9:20 | |
| | | Roane | FKT | | 350 | del | 9:42 | |
| | | B. Burgess | CAB | | F&R | listen in | 9:15 | |
| | | | | | A | Del | | |
| | | C. Carroll | Wilman | | FtR | vasa 9m 9:35 | | |
| | | Megan May | Wcf | | 1/2n | Pi | | |
| | | R. Hampton | Iau mint | | Easton-Segl | DBL | | |
| | | E. Mosley | 449 | 1 | EAM | wfjr | 9:59 | |

BRE000011