IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-90-SLR |
| | ) |
| ALCATEL BUSINESS SYSTEMS and | ) |
| GENESYS TELECOMMUNCATIONS | ) |
| LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 1st day of November, 2007,

IT IS ORDERED that an evidentiary hearing[1] on defendant's pending motion to disqualify counsel (D.I. 30) shall be conducted on **Thursday, November 8, 2007, at 4:30 pm.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side will be given one hour to present its evidence.

_____
United States District Judge

---

[1]The non-prevailing party shall pay the costs of this proceeding.