IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>ALCATEL BUSINESS SYSTEMS and<br>GENESYS TELECOMMUNICATIONS<br>LABORATORIES, INC.,<br><br>   Defendants. | C.A. No. 07-90-SLR |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Ruffin B. Cordell**, to represent plaintiff Microsoft Corporation in this matter.

Dated:  November 8, 2007   FISH & RICHARDSON P.C.

            By:  /s/ *Thomas L. Halkowski*
              Thomas L.  Halkowski (#4099)
              919 N. Market Street, Suite 1100
              P.O. Box 1114
              Wilmington, DE 19899-1114
              Tel: (302) 652-5070
              Fax:  (302) 652-0607

            *Attorneys for Plaintiff Microsoft Corporation*

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:  _____, 2007   _____
                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, Virginia and Texas, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: Nov 7, 2007

Signed: _____
Ruffin B. Cordell
Fish & Richardson P.C.
1425 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331
cordell@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2007, I electronically filed the attached

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF

which will send electronic notification of such filing(s) to the following Delaware counsel:

>   Jack B. Blumenfeld
>   Maryellen Noreika
>   MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>   1201 North Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899-1347
>   jblumenfeld@mnat.com
>   mnoreika@mnat.com

I also certify that copies were caused to be served on November 8, 2007 upon the following via electronic mail:

>   Jack B. Blumenfeld
>   Maryellen Noreika
>   MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>   1201 North Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899-1347
>   jblumenfeld@mnat.com
>   mnoreika@mnat.com
>
>   Steven C. Cherny
>   LATHAM & WATKINS LLP
>   885 Third Avenue, Suite 1000
>   New York, NY 10022
>   steven.cherny@lw.com
>
>   David A. Nelson
>   LATHAM & WATKINS LLP
>   Sears Tower, Suite 5800
>   Chicago, IL 60606
>   david.nelson@lw.com

>>   */s/ Thomas L. Halkowski*
>>   Thomas L. Halkowski

80051223.doc