IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>ALCATEL BUSINESS SYSTEMS and<br>GENESYS TELECOMMUNICATIONS<br>LABORATORIES, INC.,<br><br>        Defendants. | C.A. No. 07-90-SLR |

## ENTRY OF APPEARANCE

      PLEASE ENTER the appearance of William J. Marsden, Jr. of Fish & Richardson P.C. on behalf of Plaintiff Microsoft Corporation.

Dated:  November 8, 2007        FISH & RICHARDSON P.C.


                                        By: *William J. Marsden, Jr.*
                                             William J. Marsden, Jr. (#2247)
                                             Thomas L. Halkowski (#4099)
                                             919 N. Market Street, Suite 1100
                                             P.O. Box 1114
                                             Wilmington, DE 19899-1114
                                             Ph:  (302) 652-5070
                                             Fax: (302) 652-0607

                                             Attorneys for Plaintiff
                                             MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November 2007, I electronically filed the attached **ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com

I also certify that copies were caused to be served on November 8, 2007 upon the following via electronic mail:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com
>
>Steven C. Cherny
>LATHAM & WATKINS LLP
>885 Third Avenue, Suite 1000
>New York, NY 10022
>steven.cherny@lw.com
>
>David A. Nelson
>LATHAM & WATKINS LLP
>Sears Tower, Suite 5800
>Chicago, IL 60606
>david.nelson@lw.com

>                              /s/ William J. Marsden, Jr.
>                              William J. Marsden, Jr.