IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICROSOFT CORPORATION,                )
                                      )
            Plaintiff,                )
                                      )
      v.                              )   Civ. No. 07-90-SLR
                                      )
ALCATEL BUSINESS SYSTEMS and          )
GENESYS TELECOMMUNCATIONS             )
LABORATORIES, INC.,                   )
                                      )
            Defendants.               )

**O R D E R**

At Wilmington this $9th$ day of November, 2007, having heard

evidence in connection with defendant's motion to disqualify;

IT IS ORDERED that, on or before November 16, 2007, plaintiff's

counsel shall submit to the court, for in camera inspection, the notes taken by Ms.

Elluru and Mr. Pond during the installation the accused Alcatel system at Fish &

Richardson's Washington, D.C. office from June 26, 2007 to July 3, 2007.

                                          _____
                                          United States District Judge