**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORP.,<br>      Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT ENTERPRISE<br>and<br>GENESYS TELECOMMUNICATIONS<br>LABORATORIES, INC.,<br>      Defendants. | C.A. No. 07-090-SLR |

**NOTICE OF DEPOSITION OF PATRICK BASTIDE**

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30, as well as other applicable provisions of the Federal Rules of Civil Procedure, plaintiff Microsoft Corporation will take the deposition on oral examination of Patrick Bastide. The deposition will take place at the offices of Fish & Richardson P.C., 1425 K Street N.W., 11th Floor, Washington, DC 20005, commencing at 9:00 AM on January 21, 2008, and continuing from day to day until completed, or at such other time and place as may be mutually agreed by counsel.

The deposition will be taken before a court reporter or other person authorized to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure, and may be recorded by stenographic and video means, and may be conducted with the use of a computerized transcription system. The deposition will be taken for the purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

You are invited to attend and exercise your rights under the Rules.

2

Dated: December 21, 2007                    Respectfully submitted,

                                            MICROSOFT CORPORATION

                                            By its attorneys,


                                             /s/ Thomas L. Halkowski
                                            Thomas L. Halkowski (#4099)
                                            FISH & RICHARDSON P.C.
                                            919 N. Market Street, Suite 1100
                                            P.O. Box 1114
                                            Wilmington, DE 19899-1114
                                            Tel: (302) 652-5070
                                            Fax: (302) 652-0607
                                            E-Mail: halkowski@fr.com

                                            John E. Gartman
                                            FISH & RICHARDSON P.C.
                                            12390 El Camino Real
                                            San Diego, CA 92130
                                            Tel: (858) 678-5070
                                            Fax: (858) 678-5099
                                            E-Mail: gartman@fr.com

                                            Ruffin B. Cordell
                                            Linda Liu Kordziel
                                            Indranil Mukerji
                                            Kori Anne Bagrowski
                                            FISH & RICHARDSON P.C.
                                            1425 K Street NW, Suite 1100
                                            Washington, D.C. 20005
                                            Tel: (202) 783-5070
                                            Fax: (202) 783-2331
                                            E-Mail: cordell@fr.com
                                            E-Mail: kordziel@fr.com
                                            E-Mail: mukerji@fr.com
                                            E-Mail: bagrowski@fr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I electronically filed with the Clerk of Court the attached **NOTICE OF DEPOSITION OF PATRICK BASTIDE**, using CM/ECF which will send notification of such filing to the following individuals:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com

I also certify that copies were caused to be served on December 21, 2007 upon the following individuals via electronic mail:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com
>
>Steven C. Cherny
>Karen Y. Tu
>Clement J. Naples
>LATHAM & WATKINS LLP
>885 Third Avenue, Suite 1000
>New York, NY 10022
>steven.cherny@lw.com
>karen.tu@lw.com
>clement.naples@lw.com
>
>David A. Nelson
>LATHAM & WATKINS LLP
>Sears Tower, Suite 5800
>Chicago, IL 60606
>david.nelson@lw.com

>*/s/ Thomas L. Halkowski*
>Thomas L. Halkowski
>halkowski@fr.com