IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALCATEL-LUCENT ENTERPRISE and<br>GENESYS TELECOMMUNICATIONS<br>LABORATORIES, INC.,<br><br>　　　　　Defendants. | C.A. No. 07-090-SLR |

**JOINT STIPULATION TO EXTEND
CERTAIN DEADLINES IN SCHEDULING ORDER**

　　　Plaintiff/Counterclaim Defendant Microsoft Corporation ("Microsoft"), Defendant Alcatel-Lucent Enterprise ("ALE"), and Defendant/Counterclaimant Genesys Telecommunications Laboratories, Inc. ("Genesys") hereby jointly move for leave to amend the Court's August 3, 2007 Scheduling Order (Dkt. 26) with regard to certain discovery deadlines.

　　　Specifically, the parties respectfully request that the existing Scheduling Order be modified as follows:

| Event | Proposed new date |
|---|---|
| Fact discovery cut-off | March 7, 2008 |
| Exchange of disputed claim terms | March 7, 2008 |
| Exchange of proposed constructions for disputed claim terms | March 14, 2008 |
| Burden of proof expert reports | March 28, 2008 |
| Rebuttal expert reports | April 18, 2008 |
| Joint Claim Construction Statement | May 2, 2008 |
| Expert discovery cut-off | May 16, 2008 |

    None of the proposed new dates affect the existing deadlines set by the Court for briefing on summary judgment and claim construction, the date set for hearing on summary judgment and claim construction, or the trial date.

Dated: January 9, 2008

| **MICROSOFT CORPORATION** | **ALCATEL-LUCENT ENTERPRISE and GENESYS TELECOMMUNICATIONS LABORATORIES, INC.** |
|---|---|
| */s/ Thomas L. Halkowski*<br>Thomas L. Halkowski (#4099)<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070<br>Fax: (302) 652-0607<br>E-Mail: halkowski@fr.com<br><br>John E. Gartman<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Tel: (858) 678-5070<br>E-Mail: gartman@fr.com<br><br>Ruffin B. Cordell<br>Linda Liu Kordziel<br>Indranil Mukerji<br>Kori Anne Bagrowski<br>FISH & RICHARDSON P.C.<br>1425 K Street N.W., Suite 1100<br>Washington D.C. 20005<br>Tel: (202) 783-5070<br>E-Mail: cordell@fr.com<br>E-Mail: kordziel@fr.com<br>E-Mail: mukerji@fr.com<br>E-Mail: bagrowski@fr.com | */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>Fax: (302) 658-3989<br>E-Mail: jblumenfeld@mnat.com<br><br>Steven C. Cherny<br>Clement J. Naples<br>LATHAM &WATKINS, LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>Tel: (212) 906-1200<br>E-Mail: steven.cherny@lw.com<br>E-Mail: clement.naples@lw.com<br><br>David A. Nelson<br>LATHAM &WATKINS, LLP<br>233 South Wacker Drive<br>Suite 5800<br>Chicago IL 60606<br>Tel: (312) 876-7700<br>E-Mail: david.nelson@lw.com |

    SO ORDERED this _____ day of January, 2008.

                              _____
                              United States District Court Judge