IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>ALCATEL-LUCENT ENTERPRISE and GENESYS TELECOMMUNICATIONS LABORATORIES, INC.,<br><br>   Defendants. | C.A. No. 07-090-SLR |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of William J. Marsden, Jr. of Fish & Richardson P.C. as counsel for Plaintiff Microsoft Corporation.

Dated: January 14, 2008   FISH & RICHARDSON P.C.

            By: /s/ *Thomas L. Halkowski*
              Thomas L. Halkowski (#4099)
              919 N. Market Street, Suite 1100
              P.O. Box 1114
              Wilmington, DE 19899-1114
              Tel: (302) 652-5070
              Fax: (302) 652-0607

            Attorneys for Plaintiff
            MICROSOFT CORPORATION

80054250.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2008, I electronically filed with the Clerk of Court the attached **WITHDRAWAL OF APPEARANCE**, using CM/ECF which will send notification of such filing to the following individuals:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com

I also certify that copies were caused to be served on January 14, 2008 upon the following individuals via electronic mail:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com
>
>Steven C. Cherny
>Karen Y. Tu
>Clement J. Naples
>LATHAM & WATKINS LLP
>885 Third Avenue, Suite 1000
>New York, NY 10022
>steven.cherny@lw.com
>karen.tu@lw.com
>clement.naples@lw.com
>
>David A. Nelson
>LATHAM & WATKINS LLP
>Sears Tower, Suite 5800
>Chicago, IL 60606
>david.nelson@lw.com

>*/s/ Thomas L. Halkowski*
>Thomas L. Halkowski
>halkowski@fr.com