IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-090 (SLR) |
| | ) |
| ALCATEL LUCENT ENTERPRISE and | ) |
| GENESYS TELECOMMUNICATIONS | ) |
| LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION OF STEPHEN MITCHELL LIFFICK**

PLEASE TAKE NOTICE that Defendant/Counterclaimant Genesys Telecommunications Laboratories, Inc. will take the deposition of Stephen Mitchell Liffick by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on February 1, 2008 at the offices of LATHAM & WATKINS, 885 Third Avenue, New York NY 10022-4834 or at another mutually convenient location. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Genesys Telecommunications Laboratories, Inc.*

OF COUNSEL:

Steven C. Cherny
Clement J. Naples
Karen Y. Tu
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David A. Nelson
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

January 18, 2008
1400819

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on January 18, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on January 18, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C..
919 N. Market Street
Suite 1100
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, N.W.
11th Floor
Washington, DC 20005

John E. Gartman, Esquire
FISH & RICHARDSON P.C.
12390 EL Camino Real
San Diego, CA  92130

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)