IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORP., <br>     Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT ENTERPRISE <br> and <br> GENESYS TELECOMMUNICATIONS <br> LABORATORIES, INC., <br>     Defendants. | C.A. No. 07-090-SLR |

## NOTICE OF DEPOSITION OF VASUDEV RAMANUJAIAHA

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30, as well as other applicable provisions of the Federal Rules of Civil Procedure, plaintiff Microsoft Corporation will take the deposition on oral examination of Vasudev Ramanujaiaha. The deposition will take place at the offices of Fish & Richardson P.C., 1425 K Street N.W., 11th Floor, Washington, DC 20005, commencing at 9:00 AM on February 29, 2008, and continuing from day to day until completed, or at such other time and place as may be mutually agreed by counsel.

The deposition will be taken before a court reporter or other person authorized to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure, and may be recorded by stenographic and video means, and may be conducted with the use of a computerized transcription system. The deposition will be taken for the purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

You are invited to attend and exercise your rights under the Rules.

Dated: February 1, 2008

Respectfully submitted,

MICROSOFT CORPORATION

By its attorneys,

 /s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607
E-Mail: halkowski@fr.com

John E. Gartman
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
E-Mail: gartman@fr.com

Ruffin B. Cordell
Linda Liu Kordziel
Indranil Mukerji
Kori Anne Bagrowski
Robert Courtney
FISH & RICHARDSON P.C.
1425 K Street NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 783-5070
Fax: (202) 783-2331
E-Mail: cordell@fr.com
E-Mail: kordziel@fr.com
E-Mail: mukerji@fr.com
E-Mail: bagrowski@fr.com
E-Mail: courtney@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008 I electronically filed with the Clerk of Court the attached **NOTICE OF DEPOSITION OF VASUDEV RAMANUJAIAHA**, using CM/ECF which will send notification of such filing to the following individuals:

> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mnoreika@mnat.com

I also certify that copies were caused to be served on February 1, 2008 upon the following individuals via electronic mail:

> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mnoreika@mnat.com
>
> Steven C. Cherny
> Karen Y. Tu
> Clement J. Naples
> LATHAM & WATKINS LLP
> 885 Third Avenue, Suite 1000
> New York, NY 10022
> steven.cherny@lw.com
> karen.tu@lw.com
> clement.naples@lw.com
>
> David A. Nelson
> LATHAM & WATKINS LLP
> Sears Tower, Suite 5800
> Chicago, IL 60606
> david.nelson@lw.com

/s/ Thomas L. Halkowski
Thomas L. Halkowski
halkowski@fr.com