IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,           ) | |
|                                  ) | |
| Plaintiff,      ) | |
|                                  ) | |
| v.                               ) | C.A. No. 07-090 (SLR) |
|                                  ) | |
| ALCATEL-LUCENT ENTERPRISE and    ) | |
| GENESYS TELECOMMUNICATIONS       ) | |
| LABORATORIES, INC.,              ) | |
|                                  ) | |
| Defendants.    ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that defendant Genesys Telecommunications Laboratories, Inc. will take the deposition of Yves Pitsch by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:30 a.m. on February 25, 2008 at the offices of LATHAM & WATKINS, 885 Third Avenue, New York NY 10022-4834 or at another mutually convenient location. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Steven C. Cherny
Clement J. Naples
Karen Y. Yu
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

February 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were caused to be served on February 6, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

John E. Gartman, Esquire
FISH & RICHARDSON P.C.
12390 EL Camino Real
San Diego, CA  92130

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)