IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT ENTERPRISE and<br>GENESYS TELECOMMUNICATIONS<br>LABORATORIES, INC.,<br><br>Defendants. | C.A. No. 07-90-SLR |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of **Kfir B. Levy**, to represent plaintiff Microsoft Corporation in this matter.

Dated:  February 29, 2008          FISH & RICHARDSON P.C.

                                   By: /s/ *Thomas L. Halkowski*
                                       Thomas L.  Halkowski (#4099)
                                       919 N. Market Street, Suite 1100
                                       P.O. Box 1114
                                       Wilmington, DE 19899-1114
                                       Tel: (302) 652-5070
                                       Fax:  (302) 652-0607

                                   *Attorneys for Plaintiff Microsoft Corporation*


**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated:  _____, 2008     _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Dated: 02/27, 2008          Signed: _____
                                    Kfir B. Levy
                                    Fish & Richardson P.C.
                                    1425 K Street, N.W.
                                    Suite 1100
                                    Washington, D.C. 20005
                                    Telephone: 202-783-5070
                                    Facsimile: 202-783-2331
                                    kylevy@fr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2008, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com

I also certify that copies were caused to be served on February 29, 2008 upon the following via electronic mail:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com
>
>Steven C. Cherny
>LATHAM & WATKINS LLP
>885 Third Avenue, Suite 1000
>New York, NY 10022
>steven.cherny@lw.com
>
>David A. Nelson
>LATHAM & WATKINS LLP
>Sears Tower, Suite 5800
>Chicago, IL 60606
>david.nelson@lw.com

>>*/s/ Thomas L. Halkowski*
>>Thomas L. Halkowski

40473936.doc