**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORP., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT ENTERPRISE and GENESYS TELECOMMUNICATIONS LABORATORIES, INC., <br><br> Defendants. | C.A. No. 07-090-SLR |

## NOTICE OF SERVICE

I HEREBY CERTIFY that **MICROSOFT'S OBJECTIONS AND RESPONSES TO GENESYS'S SECOND SET OF INTERROGATORIES (NOS. 10-11)**, was served February 29, 2008 on the following individuals in the manner indicated:

**VIA HAND DELIVERY AND E-MAIL**
Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com

**VIA E-MAIL**
Steven C. Cherny
Karen Y. Tu
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
steven.cherny@lw.com
karen.tu@lw.com
clement.naples@lw.com

**VIA E-MAIL**
David A. Nelson
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
david.nelson@lw.com

2

| | |
|---|---|
| Dated: February 29, 2008 | **MICROSOFT CORPORATION** |
| | By its attorneys, |
| | */s/ Thomas L. Halkowski*<br>Thomas L. Halkowski (#4099)<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070<br>Fax: (302) 652-0607<br>E-Mail: halkowski@fr.com |
| | John E. Gartman<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Tel: (858) 678-5070<br>Fax: (858) 678-5099<br>E-Mail: gartman@fr.com |
| | Ruffin B. Cordell<br>Linda Liu Kordziel<br>Indranil Mukerji<br>Kori Anne Bagrowski<br>Robert Courtney<br>Fish & Richardson P.C.<br>1425 K Street N.W., Suite 1100<br>Washington D.C. 20005<br>Tel: (202) 783-5070<br>Fax: (202) 783-2331<br>E-Mail: kordziel@fr.com<br>E-Mail: mukerji@fr.com<br>E-Mail: bagrowski@fr.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE**, using CM/ECF which will send notification of such filing to the following individual. The document was also served via hand delivery:

> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mnoreika@mnat.com

I also certify that copies were caused to be served on February 29, 2008, upon the following individuals via electronic mail:

> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mnoreika@mnat.com
>
> Steven C. Cherny
> Karen Y. Tu
> Clement J. Naples
> LATHAM & WATKINS LLP
> 885 Third Avenue, Suite 1000
> New York, NY 10022
> steven.cherny@lw.com
> karen.tu@lw.com
> clement.naples@lw.com
>
> David A. Nelson
> LATHAM & WATKINS LLP
> Sears Tower, Suite 5800
> Chicago, IL 60606
> david.nelson@lw.com

> */s/ Thomas L. Halkowski*
> Thomas L. Halkowski
> halkowski@fr.com