**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORP., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT ENTERPRISE and GENESYS TELECOMMUNICATIONS LABORATORIES, INC., <br><br> Defendants. | C.A. No. 07-090-SLR |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that **PLAINTIFF MICROSOFT CORPORATION'S OBJECTIONS TO ALCATEL-LUCENT ENTERPRISE'S SECOND NOTICE OF 30(B)(6) DEPOSITION**, was served February 29, 2008 on the following individuals in the manner indicated:

**VIA HAND DELIVERY AND E-MAIL**
Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com

**VIA E-MAIL**
Steven C. Cherny
Karen Y. Tu
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
steven.cherny@lw.com
karen.tu@lw.com
clement.naples@lw.com

**VIA E-MAIL**
David A. Nelson
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
david.nelson@lw.com

Dated: February 29, 2008              **MICROSOFT CORPORATION**

By its attorneys,

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607
E-Mail: halkowski@fr.com

John E. Gartman
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
E-Mail: gartman@fr.com

Ruffin B. Cordell
Linda Liu Kordziel
Indranil Mukerji
Kori Anne Bagrowski
Robert Courtney
Fish & Richardson P.C.
1425 K Street N.W., Suite 1100
Washington D.C. 20005
Tel: (202) 783-5070
Fax: (202) 783-2331
E-Mail: kordziel@fr.com
E-Mail: mukerji@fr.com
E-Mail: bagrowski@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE**, using CM/ECF which will send notification of such filing to the following individual. The document was also served via hand delivery:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com

I also certify that copies were caused to be served on February 29, 2008, upon the following individuals via electronic mail:

>Jack B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>jblumenfeld@mnat.com
>mnoreika@mnat.com
>
>Steven C. Cherny
>Karen Y. Tu
>Clement J. Naples
>LATHAM & WATKINS LLP
>885 Third Avenue, Suite 1000
>New York, NY 10022
>steven.cherny@lw.com
>karen.tu@lw.com
>clement.naples@lw.com
>
>David A. Nelson
>LATHAM & WATKINS LLP
>Sears Tower, Suite 5800
>Chicago, IL 60606
>david.nelson@lw.com

>>*/s/ Thomas L. Halkowski*
>>Thomas L. Halkowski
>>halkowski@fr.com