IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-090 (SLR) |
| | ) |
| ALCATEL-LUCENT ENTERPRISE and | ) |
| GENESYS TELECOMMUNICATIONS | ) |
| LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Alcatel Lucent Enterprise's First Supplemental Objections and Responses to Microsoft's Interrogatory Nos. 7-9* were caused to be served on March 24, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801


**BY E-MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

2

|  |  |
|---|---|
| *Of Counsel:*<br><br>Steven C. Cherny<br>Clement J. Naples<br>Karen Tu<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022<br>(212) 906-1200<br><br>David A. Nelson<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606<br>(312) 876-7700<br><br>March 24, 2008 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Maryellen Noreika (#3208)*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Alcatel-Lucent Enterprise and Genesys Telecommunications Laboratories, Inc.* |

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on March 24, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY E-MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)