IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-090 (SLR) |
| ) | |
| ALCATEL-LUCENT ENTERPRISE and ) | |
| GENESYS TELECOMMUNICATIONS ) | |
| LABORATORIES, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Expert Report of Mr. Henry Hyde-Thomson Regarding Invalidity and Materiality (Corrected)* were caused to be served on April 1, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801


**BY E-MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

2

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Maryellen Noreika (#3208)* |
| | Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>jparrett@mnat.com |
| *Of Counsel:* | |
| Steven C. Cherny<br>Clement J. Naples<br>Karen Tu<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022<br>(212) 906-1200 | *Attorneys for Alcatel-Lucent Enterprise and Genesys Telecommunications Laboratories, Inc.* |
| David A. Nelson<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606<br>(312) 876-7700 | |
| April 1, 2008 | |

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on April 1, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY E-MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)