IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-090 (SLR) |
| | ) |
| ALCATEL-LUCENT ENTERPRISE and | ) |
| GENESYS TELECOMMUNICATIONS | ) |
| LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *1) Expert Report of Henry Hyde-Thomson Regarding Alcatel Lucent Enterprise's Non-Infringement of U.S. Patent Nos. 6,263,064, 6,728,357, 6,430,289 and 6,421,439 in Rebuttal to the Expert Report of Dr. William H. Beckmann; and 2) Expert Report of Dr. Leonard J. Forys, Ph.D., Regarding Genesys Telecommunications Laboratories, Inc.'s Non-Infringement of U.S. Patent No. 6,430,289 in Rebuttal to Expert Report of Dr. William H. Beckmann* were caused to be served on April 18, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801


**BY E-MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

<table>
<tr><td>

OF COUNSEL:

Steven C. Cherny
Clement J. Naples
Karen Tu
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

April 18, 2008
1157631

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Alcatel-Lucent Enterprise and Genesys Telecommunications Laboratories, Inc.*

</td></tr>
</table>

2

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on April 18, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

**BY E-MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005

*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)