**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MICROSOFT CORP.,

      Plaintiff,

v.

ALCATEL-LUCENT ENTERPRISE and
GENESYS TELECOMMUNICATIONS
LABORATORIES, INC.,

      Defendants.

C.A. No. 07-090-SLR

**NOTICE OF SERVICE**

I HEREBY CERTIFY that **MICROSOFT'S FIRST SUPPLEMENTAL OBJECTIONS AND**

**RESPONSES TO ALE'S INTERROGATORIES NOS. 1, 2, 10, 11 AND 13**, were served April 22,

2008 on the following individuals in the manner indicated:

      **VIA HAND DELIVERY AND E-MAIL**
      Jack B. Blumenfeld
      Maryellen Noreika
      MORRIS, NICHOLS, ARSHT & TUNNEL LLP
      1201 North Market Street
      P.O. Box 1347
      Wilmington, DE 19899-1347
      jblumenfeld@mnat.com
      mnoreika@mnat.com

      **VIA E-MAIL**
      Steven C. Cherny
      Karen Y. Tu
      Clement J. Naples
      LATHAM & WATKINS LLP
      885 Third Avenue, Suite 1000
      New York, NY 10022
      steven.cherny@lw.com
      karen.tu@lw.com
      clement.naples@lw.com

      **VIA E-MAIL**
      David A. Nelson
      LATHAM & WATKINS LLP
      Sears Tower, Suite 5800
      Chicago, IL 60606
      david.nelson@lw.com

Dated:  April 22, 2008

**MICROSOFT CORPORATION**

By its attorneys,

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607
E-Mail: halkowski@fr.com

John E. Gartman
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
E-Mail:  gartman@fr.com

Ruffin B. Cordell
Linda Liu Kordziel
Indranil Mukerji
Kori Anne Bagrowski
Robert Courtney
Fish & Richardson P.C.
1425 K Street N.W., Suite 1100
Washington D.C. 20005
Tel:  (202) 783-5070
Fax: (202) 783-2331
E-Mail: kordziel@fr.com
E-Mail: mukerji@fr.com
E-Mail: bagrowski@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE**, using CM/ECF which will send notification of such filing to the following individual.  The document was also served via hand delivery:

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com

I also certify that copies were caused to be served on April 22, 2008, upon the following individuals via electronic mail:

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com

Steven C. Cherny
Karen Y. Tu
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
steven.cherny@lw.com
karen.tu@lw.com
clement.naples@lw.com

David A. Nelson
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
david.nelson@lw.com

/s/ Thomas L. Halkowski
Thomas L. Halkowski
halkowski@fr.com