**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MICROSOFT CORP.,
      Plaintiff,

v.

ALCATEL-LUCENT ENTERPRISE
and
GENESYS TELECOMMUNICATIONS
LABORATORIES, INC.,
      Defendants.

C.A. No. 07-090-SLR

<u>**NOTICE OF DEPOSITION OF HENRY HYDE-THOMSON**</u>

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30, as well as other applicable provisions of the Federal Rules of Civil Procedure, plaintiff Microsoft Corporation will take the deposition on oral examination of Henry Hyde-Thomson.  The deposition will take place at the offices of Latham & Watkins, 885 Third Avenue, New York NY, 10022-4834, commencing at 9:00 AM on May 7, 2008, and continuing from day to day until completed, or at such other time and place as may be mutually agreed by counsel.

The deposition will be taken before a court reporter or other person authorized to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure, and may be recorded by stenographic and video means, and may be conducted with the use of a computerized transcription system.  The deposition will be taken for the purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

You are invited to attend and exercise your rights under the Rules.

Dated: May 5, 2008                          Respectfully submitted,

                                            MICROSOFT CORPORATION

                                            By its attorneys,


                                             /s/ Thomas L. Halkowski
                                            Thomas L. Halkowski (#4099)
                                            FISH & RICHARDSON P.C.
                                            919 N. Market Street, Suite 1100
                                            P.O. Box 1114
                                            Wilmington, DE 19899-1114
                                            Tel: (302) 652-5070
                                            Fax: (302) 652-0607
                                            E-Mail: halkowski@fr.com

                                            John E. Gartman
                                            FISH & RICHARDSON P.C.
                                            12390 El Camino Real
                                            San Diego, CA 92130
                                            Tel: (858) 678-5070
                                            Fax: (858) 678-5099
                                            E-Mail: gartman@fr.com

                                            Ruffin B. Cordell
                                            Linda Liu Kordziel
                                            Indranil Mukerji
                                            William Sekyi
                                            Kfir Levy
                                            Kori Anne Bagrowski
                                            Robert Courtney
                                            FISH & RICHARDSON P.C.
                                            1425 K Street NW, Suite 1100
                                            Washington, D.C. 20005
                                            Tel: (202) 783-5070
                                            Fax: (202) 783-2331
                                            E-Mail: cordell@fr.com
                                            E-Mail: kordziel@fr.com
                                            E-Mail: mukerji@fr.com
                                            E-Mail: sekyi@fr.com
                                            E-Mail: kylevy@fr.com
                                            E-Mail: bagrowski@fr.com
                                            E-Mail: courtney@fr.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF DEPOSITION OF HENRY HYDE-THOMSON**, using CM/ECF which will send notification of such filing to the following individuals:

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com

I also certify that copies were caused to be served on May 5, 2008 upon the following individuals via electronic mail:

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com

Steven C. Cherny
Karen Y. Tu
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
steven.cherny@lw.com
karen.tu@lw.com
clement.naples@lw.com

David A. Nelson
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
david.nelson@lw.com

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski
halkowski@fr.com