# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORP., <br>     Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT ENTERPRISE <br> and <br> GENESYS TELECOMMUNICATIONS <br> LABORATORIES, INC., <br>     Defendants. | C.A. No. 07-090-SLR |

## NOTICE OF DEPOSITION OF LEONARD J FORYS

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30, as well as other applicable provisions of the Federal Rules of Civil Procedure, plaintiff Microsoft Corporation will take the deposition on oral examination of Leonard J Forys. The deposition will take place at the offices of Latham & Watkins, 885 Third Avenue, New York NY, 10022-4834, commencing at 10:00 AM on May 13, 2008, and continuing from day to day until completed, or at such other time and place as may be mutually agreed by counsel.

The deposition will be taken before a court reporter or other person authorized to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure, and may be recorded by stenographic and video means, and may be conducted with the use of a computerized transcription system. The deposition will be taken for the purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

You are invited to attend and exercise your rights under the Rules.

Dated: May 5, 2008                             Respectfully submitted,

                                                MICROSOFT CORPORATION

                                                By its attorneys,


                                                 */s/ Thomas L. Halkowski*
                                                Thomas L. Halkowski (#4099)
                                                FISH & RICHARDSON P.C.
                                                919 N. Market Street, Suite 1100
                                                P.O. Box 1114
                                                Wilmington, DE 19899-1114
                                                Tel: (302) 652-5070
                                                Fax: (302) 652-0607
                                                E-Mail: halkowski@fr.com

                                                John E. Gartman
                                                FISH & RICHARDSON P.C.
                                                12390 El Camino Real
                                                San Diego, CA 92130
                                                Tel: (858) 678-5070
                                                Fax: (858) 678-5099
                                                E-Mail: gartman@fr.com

                                                Ruffin B. Cordell
                                                Linda Liu Kordziel
                                                Indranil Mukerji
                                                William Sekyi
                                                Kfir Levy
                                                Kori Anne Bagrowski
                                                Robert Courtney
                                                FISH & RICHARDSON P.C.
                                                1425 K Street NW, Suite 1100
                                                Washington, D.C. 20005
                                                Tel: (202) 783-5070
                                                Fax: (202) 783-2331
                                                E-Mail: cordell@fr.com
                                                E-Mail: kordziel@fr.com
                                                E-Mail: mukerji@fr.com
                                                E-Mail: sekyi@fr.com
                                                E-Mail: kylevy@fr.com
                                                E-Mail: bagrowski@fr.com
                                                E-Mail: courtney@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF DEPOSITION OF LEONARD J FORYS**, using CM/ECF which will send notification of such filing to the following individuals:

> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mnoreika@mnat.com

I also certify that copies were caused to be served on May 5, 2008 upon the following individuals via electronic mail:

> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mnoreika@mnat.com
>
> Steven C. Cherny
> Karen Y. Tu
> Clement J. Naples
> LATHAM & WATKINS LLP
> 885 Third Avenue, Suite 1000
> New York, NY 10022
> steven.cherny@lw.com
> karen.tu@lw.com
> clement.naples@lw.com
>
> David A. Nelson
> LATHAM & WATKINS LLP
> Sears Tower, Suite 5800
> Chicago, IL 60606
> david.nelson@lw.com

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski
halkowski@fr.com