IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-090 (SLR) |
| | ) |
| ALCATEL-LUCENT ENTERPRISE and | ) |
| GENESYS TELECOMMUNICATIONS | ) |
| LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF WILLIAM H. BECKMANN

PLEASE TAKE NOTICE that Defendants will take the deposition of William H. Beckmann by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on May 13, 2008 at the offices of Fish & Richardson P.C., 1425 K St. NW, Suite 1100, Washington, DC 20005 or at another mutually convenient location. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

*Of Counsel:*

Steven C. Cherny
Clement J. Naples
Karen Y. Tu
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

May 5, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
(302) 658-9200

*Attorneys for Genesys Telecommunications Laboratories, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

> Thomas L. Halkowski, Esquire
> FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on May 5, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

**BY E-MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W., 11th Floor
Washington, DC 20005


*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)