IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-090 (SLR) |
| ALCATEL-LUCENT ENTERPRISE and GENESYS TELECOMMUNICATIONS LABORATORIES, INC., | ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS ALCATEL-LUCENT ENTERPRISE'S AND GENESYS TELECOMMUNICATIONS LABORATORIES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF ALL ASSERTED CLAIMS OF UNITED STATES PATENT NO. 6,430,289**

Defendants Alcatel-Lucent Enterprise and Genesys Telecommunications Laboratories, Inc. hereby move for summary judgment of noninfringement and invalidity of all asserted claims of U.S. Patent No. 6,430,289. The grounds for this motion are set forth in Defendants' Opening Brief and the declarations of Henry Hyde-Thomson and Leonard J. Forys, Ph.D, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Maryellen Noreika_
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants
   Alcatel-Lucent Enterprise and
   Genesys Telecommunications Laboratories, Inc.*

*Of Counsel*:

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago IL 60606
(312) 876-7700

May 9, 2008
2320690

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 9, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on May 9, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C..
919 N. Market Street
Suite 1100
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, N.W.
11th Floor
Washington, DC 20005

John E. Gartman, Esquire
FISH & RICHARDSON P.C.
12390 EL Camino Real
San Diego, CA 92130

_____
Maryellen Noreika (#3208)