IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) C.A. No. 07-090 (SLR) <br> ) |
| ALCATEL-LUCENT ENTERPRISE and <br> GENESYS TELECOMMUNICATIONS <br> LABORATORIES, INC., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANT ALCATEL-LUCENT ENTERPRISE'S MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF ALL
ASSERTED CLAIMS OF UNITED STATES PATENT NOS. 6,263,064 AND 6,728,357**

Defendant Alcatel-Lucent Enterprise hereby moves for summary judgment of noninfringement and invalidity of all asserted claims of U.S. Patent Nos. 6,263,064 and 6,728,357. The grounds for this motion are set forth in Alcatel's Opening Brief the declaration of Henry Hyde-Thomson, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants
  Alcate-Lucent Enterprise and
  Genesys Telecommunications Laboratories, Inc.*

*Of Counsel*:

Steven C. Cherny
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago IL 60606
(312) 876-7700

May 9, 2008
1224188

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 9, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on May 9, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C..
919 N. Market Street
Suite 1100
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, N.W.
11th Floor
Washington, DC 20005

John E. Gartman, Esquire
FISH & RICHARDSON P.C.
12390 EL Camino Real
San Diego, CA  92130

Maryellen Noreika (#3208)