# Sealed Document

Case 1:07-cv-00090-SLR    Document 163    Filed 05/09/2008    Page 1 of 1