IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT ENTERPRISE and GENESYS TELECOMMUNICATIONS LABORATORIES, INC.,<br><br>Defendant. | C.A. No. 07-90-SLR |

**MICROSOFT CORP.'S MOTION FOR
SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**

Pursuant to FRCP 56 and Microsoft Corporation's opening brief being filed concurrently with this motion, Microsoft hereby respectfully moves for entry of summary judgment on each of Defendants' inequitable conduct defenses and counterclaims – specifically that U.S. Patent Nos. 6,421,439 ("the '439 Patent"), 6,430,289 ("the '289 Patent"), 6,263,064, and 6,728,357 were not secured through inequitable conduct.

| | |
|---|---|
| Dated:  May 9, 2008 | Respectfully submitted, |

**FISH & RICHARDSON P.C.**

/s/ *Thomas L. Halkowski* \_\_\_
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax:  (302) 652-0607
halkowski@fr.com

John E. Gartman
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
gartman@fr.com

Ruffin B. Cordell
Linda Liu Kordziel
Indranil Mukerji
William Sekyi
Kfir Levy
Kori Anne Bagrowski
Robert P. Courtney
1425 K Street N.W., Suite 1100
Washington D.C. 20005
Tel:  (202) 783-5070
Fax: (202) 783-2331
cordell@fr.com
kordziel@fr.com
mukerji@fr.com
sekyi@fr.com
kylevy@fr.com
bagrowski@fr.com
courtney@fr.com

**ATTORNEYS FOR PLAINTIFF
MICROSOFT CORPORATION**

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2008 I electronically filed with the Clerk of Court **MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT** using CM/ECF which will send notification of such filing to the following individuals, who were also served via e-mail:

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
**(***Also served via hand delivery)*

Steven C. Cherny
Karen Y. Tu
Clement J. Naples
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
steven.cherny@lw.com
karen.tu@lw.com
clement.naples@lw.com

David A. Nelson
Alan Devlin
Brett M. Doran
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
david.nelson@lw.com
alan.devlin@lw.com
brett.doran@lw.com

Michael J. Schallop
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
michael.schallop@lw.com

Susan S. Azad
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
susan.azad@lw.com

                                                   */s/ Thomas L. Halkowski*
                                                   Thomas L. Halkowski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT ENTERPRISE and<br>GENESYS TELECOMMUNICATIONS<br>LABORATORIES, INC.,<br><br>    Defendant. | C.A. No. 07-90-SLR |

**[PROPOSED] ORDER GRANTING MICROSOFT CORP.'S MOTION
FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**

AND NOW, the Court, having considered the issues raised in Plaintiff Microsoft Corporation's Motion for Summary Judgment of No Inequitable Conduct,

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2008.

_____
United States District Court Judge