IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-090 (SLR) |
| ) | |
| ALCATEL-LUCENT ENTERPRISE and ) | |
| GENESYS TELECOMMUNICATIONS ) | |
| LABORATORIES, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Alcatel-Lucent Enterprise Supplemental Objections and Responses to Microsoft's Interrogatories (Nos. 1, 4, 6-10, 21 and 22)* and 2) *Genesys Telecommunications Laboratories, Inc. Supplemental Objections and Responses to Microsoft's Second Set of Interrogatories (16-22)* were caused to be served on May 12, 2008 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL
and HAND DELIVERY**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801


**VIA ELECTRONIC MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W.
11th Floor
Washington, DC 20005

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Alcatel-Lucent Enterprise and Genesys Telecommunications Laboratories, Inc.*

*Of Counsel*:

Steven C. Cherny
Clement J. Naples
Karen Tu
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, NY 10022
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
Sears Tower – Suite 5800
Chicago, IL 60606
(312) 876-7700

May 12, 2008

2

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on May 12, 2008 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL
and HAND DELIVERY**

Thomas L. Halkowski, Esquire
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
Fish & Richardson P.C.
1425 K. Street, N.W.
11th Floor
Washington, DC 20005

Maryellen Noreika (#3208)