IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICROSOFT CORPORATION,

             Plaintiff(s),

   v.

ALCATEL-LUCENT ENTERPRISE and
GENESYS TELECOMMUNICATIONS
LABORATORIES, INC.,

             Defendant(s).

C.A. No. 07-090 (SLR)

## JOINT STIPULATION FOR EXTENSION OF TIME

WHEREAS on May 9, 2008, the parties filed their opening claim construction briefs and motions for summary judgment; and

WHEREAS on May 19, 2008, the U.S. International Trade Commission (ITC) issued a notice regarding its decision in the on-going ITC proceeding regarding the Microsoft patents at issue in this case; and

WHEREAS the ITC is expected to issue its full decision next week; and

WHEREAS on May 22, 2008, Defendants' counsel sent a letter to the Court requesting a mediation with Judge Thynge; and

WHEREAS the parties have agreed to schedule a mediation with Judge Thynge for a mutually convenient time.

Now therefore, **IT IS HEREBY STIPULATED**, subject to the approval of the Court, that:

      1.  The deadline for the parties' summary judgment answering briefs be extended to a date ten business days after the issuance of the ITC's full decision;

2.  The deadline for the parties' responsive briefs regarding <u>Markman</u> issues be extended to a date 13 business days after the issuance of the ITC's full decision;

3.  The June 30, 2008, hearing date regarding summary judgment motions and <u>Markman</u> issues be rescheduled, subject to the Court's availability and schedule.

Due to the extension of the above deadlines, the parties recognize that the Court may, in its discretion, determine that other alterations to the scheduling order may be necessary, including potentially, the September 22, 2008, date for commencing trial in this matter.

FISH & RICHARDSON P.C.                          MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Thomas L. Halkowski*                          */s/ Maryellen Noreika*
Thomas L. Halkowski (#4099)                    Jack B. Blumenfeld (#1014)
919 N. Market Street, Suite 1100               Maryellen Noreika (#3208)
P.O. Box 1114                                  1201 N. Market Street, Suite 2100
Wilmington, DE  19899-1114                     P.O. Box 1347
Tel:  (302) 652-5070                           Wilmington, DE 19899-1347
halkowski@fr.com                               Tel:  (302) 658-9200
                                               jblumenfeld@mnat.com
                                               mnoreika@mnat.com


**SO ORDERED,** this _____ day of May 2008.


_____
United States District Court Judge

2