# THIS DOCUMENT WAS FILED UNDER SEAL

Case 1:07-cv-00090-SLR    Document 194    Filed 06/25/2008    Page 1 of 1