IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-090 (SLR) |
| | ) | |
| ALCATEL-LUCENT ENTERPRISE and | ) | |
| GENESYS TELECOMMUNICATIONS | ) | |
| LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ALCATEL-LUCENT ENTERPRISE AND GENESYS TELECOMMUNICATIONS
LABORATORIES, INC.'S REBUTTAL WITNESS LIST**

Pursuant to the Scheduling Order in this case, Alcatel-Lucent Enterprise ("ALE")

and Genesys Telecommunications Laboratories, Inc. ("Genesys") (collectively "Defendants")

hereby submit the following disclosure of witnesses they may call live in their rebuttal case and

whose testimony may be presented by deposition.

Defendants reserve the right to call as rebuttal witnesses at trial any of the

individuals identified in Defendants' initial disclosure of witnesses, Microsoft's initial disclosure

of witnesses or Microsoft's disclosure of rebuttal witnesses.  Subject to these representations,

Defendant does not at this time identify any additional individuals for their rebuttal case beyond

those already identified either by Defendant or by Microsoft.  Defendants reserve the right to add

or delete witnesses or otherwise amend their witness list as appropriate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

_____

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants*
   *Alcatel-Lucent Enterprise and*
   *Genesys Telecommunications Laboratories, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

David A. Nelson
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago IL 60606
(312) 876-7700

July 17, 2008

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on July 17, 2008 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL**
**and HAND DELIVERY**

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**

Ruffin B. Cordell, Esquire
Linda Liu Kordziel, Esquire
FISH & RICHARDSON P.C.
1425 K. Street, N.W.
11th Floor
Washington, DC 20005

/s/ Maryellen Noreika

Maryellen Noreika (#3208)