IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICROSOFT CORPORATION,

              Plaintiff(s),

    v.

ALCATEL LUCENT ENTERPRISE and
GENESYS TELECOMMUNICATIONS
LABORATORIES, INC.,

              Defendant(s).

C.A. No. 07-090 (SLR)

## JOINT STIPULATION FOR STAY OF CASE PENDING APPEAL

WHEREAS on May 19, 2008, the U.S. International Trade Commission (ITC) issued a

notice regarding its decision in a related ITC proceeding involving some of the patents at issue in

this case; and

WHEREAS on July 9, 2008, Microsoft Corporation filed a notice of appeal before the

U.S. Court of Appeals for the Federal Circuit; and

WHEREAS the parties have agreed to a stay of all proceedings in this case, including all

claims and counterclaims brought by Microsoft Corporation, Alcatel Lucent Enterprise and

Genesys Telecommunications Laboratories, Inc., until the conclusion of Microsoft's appeal

before the U.S. Court of Appeals for the Federal Circuit; and

Now therefore, **IT IS HEREBY STIPULATED AND AGREED**, subject to the

approval and order of the Court, that:

1.      All proceedings in this case, including all claims and counterclaims brought by

Microsoft Corporation, Alcatel Lucent Enterprise and Genesys Telecommunications

Laboratories, Inc., are stayed until the conclusion of Microsoft's appeal before the U.S. Court of

Appeals for the Federal Circuit.

2.      Within two weeks after issuance of the Federal Circuit's decision in Microsoft's

appeal, the parties will contact the Court to request a teleconference to report on the status of the

appeal and this case.


FISH & RICHARDSON P.C.                       MORRIS, NICHOLS, ARSHT & TUNNELL


*/s/ Thomas L. Halkowski*                        */s/ Maryellen Noreika*
Thomas L. Halkowski (#4099)                  Jack B. Blumenfeld (#1014)
919 N. Market Street, Suite 1100             Maryellen Noreika (#3208)
P.O. Box 1114                                1201 N. Market Street, Suite 2100
Wilmington, DE  19899-1114                   P.O. Box 1347
Tel:  (302) 652-5070                         Wilmington, DE 19899-1347
halkowski@fr.com                             Tel:  (302) 658-9200
                                             jblumenfeld@mnat.com
Counsel for Microsoft Corporation            mnoreika@mnat.com

                                             Counsel for Alcatel Lucent Enterprise and
                                             Genesys Telecommunications Laboratories,
                                             Inc.


            **SO ORDERED,** this _____ day of July 2008.


            _____
            United States District Court Judge