IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | § § § | |
| Plaintiff, | § | |
| v. | § § | C.A. No. 07-090 (SLR) |
| ALCATEL LUCENT ENTERPRISE and GENESYS TELECOMMUNICATIONS LABORATORIES, INC., | § § § § | |
| Defendants. | § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED, by and among Plaintiff, Microsoft Corporation ("Microsoft"), and Defendants, Alcatel Lucent Enterprise and Genesys Telecommunications Laboratories, Inc. (collectively "Alcatel"), through their counsel of record and subject to the approval of the Court, that:

(1) All claims between Microsoft and Alcatel presented by the Complaint, as well as all counterclaims thereto, shall be dismissed with prejudice; and

(2) The parties shall each bear their own costs and attorney's fees.

FISH & RICHARDSON P.C.

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
222 Delaware Avenue, 17th floor
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
halkowski@fr.com

ATTORNEYS FOR PLAINTIFF
MICROSOFT CORPORATION

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

ATTORNEYS FOR DEFENDANTS
ALCATEL LUCENT ENTERPRISE and
GENESYS TELECOMMUNICATIONS
LABORATORIES, INC.

**SO ORDERED,** this _____ day of December 2008.

_____
United States District Court Judge

80072389.rtf